# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ISMAEL DEL REAL TORRES, <br>    Plaintiff, <br><br>   v. <br><br> ANDREW SAUL, Commissioner of the <br> Social Security Administration, <br>    Defendant. | ) <br> ) <br> ) <br> )   CAUSE NO.: 2:20-CV-90-JVB-JEM <br> ) <br> ) <br> ) <br> ) |

## ORDER

  This matter is before the Court on a Complaint [DE 1] filed on March 5, 2020, and Plaintiff's Memorandum of Law Challenging the Commissioner's Adverse Disability Determination [DE 16] filed on August 10, 2020. The Court referred this case to Magistrate Judge John Martin for a report and recommendation under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72-1. [DE 6]. Judge Martin issued his Report and Recommendation on June 14, 2021. [DE 21]. The parties were given notice that they had fourteen days in which to file objections to the report and recommendation. No party has filed objections.

  Judge Martin recommends that the Court reverse the Commissioner's decision to deny Plaintiff disability insurance benefits and remand this case to the Commissioner for further proceedings. In brief, Judge Martin found that the ALJ failed to provide a logical bridge between the evidence and the conclusions in the ALJ's decision, raising concerns that the ALJ substituted his own medical judgment for that of a trained medical professional.

  Having reviewed the report and recommendation, the Court finds no clear error. Therefore, noting the lack of objection, the Court hereby **ADOPTS** in its entirety Judge Martin's Report and Recommendation [DE 21] and incorporates the Report and Recommendation into this Order. Accordingly, the Court **GRANTS** the relief requested in the Plaintiff's Memorandum of Law

Challenging the Commissioner's Adverse Disability Determination [DE 16], **REVERSES** the final decision of the Commissioner of Social Security, and **REMANDS** this matter for further proceedings consistent with this Order and the incorporated Report and Recommendation of Judge Martin.

    SO ORDERED on July 2, 2021.

s/ Joseph S. Van Bokkelen  
JOSEPH S. VAN BOKKELEN, JUDGE  
UNITED STATES DISTRICT COURT